IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALVIN D. STANLEY                                                                                   PLAINTIFF

V.                                              CASE NO. 07-CV-1061

GEORGE VAN HOOK, JR. and
GARY MCDONALD                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 6, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Judge Bryant recommends that this case be dismissed on the grounds that the claims are frivolous, Plaintiff fails to state claims upon which relief can be granted, and Plaintiff seeks relief against a Defendant who is immune from suit . The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 21st day of September, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge